UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| FELDKAMP, WILLIAM | § § | Case No. 10-50734 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MIRIAM R. STEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
UNITED STATES BANKRUPTCY COURT
219 SOUTH DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 02/01/2012 in Courtroom ,
United States Courthouse
1792 Nicole Lane
Round Lake Beach, Illinois 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/18/2012　　　　　　　　By: /s/ Miriam R. Stein
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

MIRIAM R. STEIN
30 South Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 444-9300
(312) 444-9027 Fax

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-50734-ABG
William Feldkamp                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: bchavez           Page 1 of 3           Date Rcvd: Dec 19, 2012
                             Form ID: pdf006         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2012.
```
db        +William Feldkamp,    26689 West Pine St.,    Antioch, IL 60002-8018
16417069  +BAC HOME Loans Servici,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
16417086  +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
16417079  +Blitt and Gaines, PC,    doc#10SC6259,    661 Glenn Ave.,    Wheeling, IL 60090-6017
16417089  +Brenda Busching,    Attn: Bankruptcy Dept.,    32456 N Allegheny Way,    Lakemoor, IL 60051-6676
16417084  +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16417077  +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
17028516   Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16417070  +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
16417071  +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
16417074  +Lake County Clerk,    Doc #10SC08903,    18 N. County St. Rm 101,    Waukegan, IL 60085-4304
16417078  +Lake County Clerk,    Doc #10SC6259,    18 N. County St. Rm 101,    Waukegan, IL 60085-4304
16417083  +National CITY CARD SER,    Attn: Bankruptcy Dept.,    1 National City Pkwy,
            Kalamazoo, MI 49009-8003
17334546  +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
16417085  +RBS Citizens NA,    Attn: Bankruptcy Dept.,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
16417081  +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
16417072  +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
16417080  +UNVL/CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16965699     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2012 02:40:32
              American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK   73124-8840
17542488     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2012 02:28:47
              American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
              Oklahoma City, OK   73124-8840
16417082     E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2012 02:26:33     Capital Recovery IV LLC,
              Chase Bank USA N.A. WAMU),    c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,
              25 S.E. 2nd Ave, Suite 1120,    Miami, FL 33131-1605
17343679     E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2012 02:38:47     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16958297     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2012 02:38:58     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16417073    +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2012 02:38:58     Discover FIN SVCS LLC,
              Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
17380786     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2012 02:30:55
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
16417075    +E-mail/Text: BKRMailOps@weltman.com Dec 20 2012 04:21:08     Weltman, Weinberg & Reis Co.,
              doc#10SC08903,    180 N. LaSalle St., Ste. 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 8
```

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16417088*    +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16417087*    +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
16417076   ##+BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                         TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez            Page 2 of 3              Date Rcvd: Dec 19, 2012
                              Form ID: pdf006          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2012**                         **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez               Page 3 of 3                   Date Rcvd: Dec 19, 2012
                              Form ID: pdf006             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2012 at the address(es) listed below:

        Laura Dolores Frye    on behalf of Debtor William  Feldkamp ndil@geracilaw.com, garyfoley@hotmail.com
        Miriam R Stein    mrstein@arnstein.com, jbmedziak@arnstein.com;mstein@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                     TOTAL: 3