# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re: §
§
FELDKAMP, WILLIAM § Case No. 10-50734
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MIRIAM R. STEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MIRIAM R. STEIN _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 BAC HOME Loans Servici Attn: Bankruptcy Dept. 450 American St Simi Valley CA 93065 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MIRIAM R. STEIN | | | | | |
| MIRIAM R. STEIN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Brenda Busching Attn: Bankruptcy Dept. 32456 N Allegheny Way Lakemoor IL 60051 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 BANK OF America Attn: Bankruptcy Dept. Po Box 1598 Norfolk VA 23501 | | | | | |
| | 10 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 11 National CITY CARD SER Attn: Bankruptcy Dept. 1 National City Pkwy Kalamazoo MI 49009 | | | | | |
| | 12 RBS Citizens NA Attn: Bankruptcy Dept. 1000 Lafayette Blvd Bridgeport CT 06604 | | | | | |
| | 13 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 14 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 15 UNVL/CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 2 BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |
| | 3 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 5 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 6 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 7 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 8 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 9 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | Blitt and Gaines, PC doc#10SC6259 661 Glenn Ave. Wheeling IL 60090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Clerk Doc #10SC08903 18 N. County St. Rm 101 Waukegan IL 60085 | | | | | |
| | Lake County Clerk Doc #10SC6259 18 N. County St. Rm 101 Waukegan IL 60085 | | | | | |
| | Weltman, Weinberg & Reis Co. doc#10SC08903 180 N. LaSalle St., Ste. 2400 Chicago IL 60601 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP FOR CITIBANK | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000007 | FIA CARD SERVICES/BANK OF AMERICA | | | | | |
| 000008 | FIA CARD SERVICES/BANK OF AMERICA | | | | | |
| 000006 | MIDLAND FUNDING LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PNC BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 10-50734   ABG   Judge: A. BENJAMIN GOLDGAR | | | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | FELDKAMP, WILLIAM | | | Date Filed (f) or Converted (c): | 11/12/10 (f) |
| | | | | 341(a) Meeting Date: | 12/13/10 |
| For Period Ending: 03/20/13 | | | | Claims Bar Date: | 06/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 26689 West Pine St. Antioch, IL 60002 - (Debtors p | 180,000.00 | 6,068.00 | | 0.00 | FA |
| 2. Savings account with Community Trust Credit Union | 60.00 | 60.00 | | 0.00 | FA |
| 3. checking account with Community Trust Credit Union | 300.00 | 300.00 | | 0.00 | FA |
| 4. Household goods; TV, DVD player, TV stand, stereo, | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 50.00 | | 0.00 | FA |
| 6. Necessary wearing apparel. | 50.00 | 50.00 | | 0.00 | FA |
| 7. Watch | 50.00 | 50.00 | | 0.00 | FA |
| 8. 2004 Chevrolet Silverado 1500 with over 60,000 mil | 15,000.00 | 15,000.00 | | 6,000.00 | FA |
| 9. 1999 Oldsmobile Intrigue with over 150,000 miles | 400.00 | 400.00 | | 0.00 | FA |
| 10. Family Pets/Animals. | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.23 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $197,410.00 | $23,478.00 | | $6,000.23 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

REVIEW CLAIMS; PREPARE TFR

Initial Projected Date of Final Report (TFR): 03/31/12     Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-50734  -ABG |
| Case Name: | FELDKAMP, WILLIAM |
| Taxpayer ID No: | *******0395 |
| For Period Ending: | 03/20/13 |

| | |
|---|---|
| Trustee Name: | MIRIAM R. STEIN |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******0514  Checking Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,948.69 | | 5,948.69 |
| 02/04/13 | 300001 | MIRIAM R. STEIN | Chapter 7 Compensation/Expense | | | 1,379.60 | 4,569.09 |
| | | 120 S. RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL  60606 | | | | | |
| | | | Fees           1,350.02 | 2100-000 | | | |
| | | | Expenses          29.58 | 2200-000 | | | |
| 02/04/13 | 300002 | Discover Bank | Claim 000001, Payment 7.30445% | 7100-000 | | 349.73 | 4,219.36 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 02/04/13 | 300003 | American InfoSource LP for Citibank | Claim 000002, Payment 7.30438% | 7100-000 | | 336.25 | 3,883.11 |
| | | (South Dakota) NA | | | | | |
| | | PO Box 248840 | | | | | |
| | | Oklahoma City, OK 73124-8840 | | | | | |
| 02/04/13 | 300004 | Chase Bank USA, N.A. | Claim 000003, Payment 7.30442% | 7100-000 | | 583.43 | 3,299.68 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 02/04/13 | 300005 | Chase Bank USA, N.A. | Claim 000004, Payment 7.30436% | 7100-000 | | 499.13 | 2,800.55 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 02/04/13 | 300006 | PNC BANK | Claim 000005, Payment 7.30441% | 7100-000 | | 546.00 | 2,254.55 |
| | | PO BOX 94982 | | | | | |
| | | CLEVELAND, OH 44101 | | | | | |
| * 02/04/13 | 300007 | Capital Recovery IV LLC | Claim 000006, Payment 7.30436% | 7100-003 | | 1,223.27 | 1,031.28 |
| | | c/o Recovery Management Systems Corporat | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| * 02/04/13 | 300007 | Capital Recovery IV LLC | Claim 000006, Payment 7.30436% | 7100-003 | | -1,223.27 | 2,254.55 |

Page Subtotals    5,948.69    3,694.14

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.01

FORM 2                                                                                              Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-50734  -ABG | | | Trustee Name: | MIRIAM R. STEIN | |
| Case Name: | FELDKAMP, WILLIAM | | | Bank Name: | UNION BANK | |
| | | | | Account Number / CD #: | *******0514  Checking Account | |
| Taxpayer ID No: | *******0395 | | | | | |
| For Period Ending: | 03/20/13 | | | Blanket Bond (per case limit): | $   100,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/04/13 | 300008 | c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605<br>FIA Card Services/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000007, Payment 7.30446% | 7100-000 | | 325.08 | 1,929.47 |
| 02/04/13 | 300009 | FIA Card Services/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000008, Payment 7.30428% | 7100-000 | | 706.20 | 1,223.27 |
| 02/04/13 | 300010 | Midland Funding, LLC<br>c/o Recoser, LLC<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 7.30436% | 7100-000 | | 1,223.27 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,948.69 | 5,948.69 | 0.00 |
| Less: Bank Transfers/CD's | 5,948.69 | 0.00 | |
| Subtotal | 0.00 | 5,948.69 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,948.69 | |

Page Subtotals          0.00          2,254.55

Ver: 17.01

FORM 2                                                                                              Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| Case No: | 10-50734  -ABG | | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | FELDKAMP, WILLIAM | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0380  Money Market Account |
| Taxpayer ID No: | *******0395 | | | |
| For Period Ending: | 03/20/13 | | Blanket Bond (per case limit): | $    100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/11/11 | 8 | WILLIAM R. FELDKAMP | LIQUIDATION OTHER SCHED B PROPERTY | 1129-000 | 3,000.00 | | 3,000.00 |
| | | 26689 WEST PINE STREET | | | | | |
| | | ANTIOCH, IL 60002 | | | | | |
| 04/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 3,000.01 |
| 05/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,000.04 |
| 06/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.06 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.08 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,000.11 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.13 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,000.16 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.82 | 2,996.34 |
| 11/07/11 | 8 | WILLIAM FELDKAMP | LIQUIDATION OTHER SCHED B PROPERTY | 1129-000 | 2,000.00 | | 4,996.34 |
| | | 26689 WEST PINE STREET | | | | | |
| | | ANTIOCH, IL 60002 | | | | | |
| 11/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,996.38 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.42 | 4,990.96 |
| 12/09/11 | 8 | William R. Feldkamp | LIQUIDATION OTHER SCHED B PROPERTY | 1129-000 | 1,000.00 | | 5,990.96 |
| | | 26689 West Pine Street | | | | | |
| | | Antioch, IL 60002 | | | | | |
| 12/21/11 | INT | | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 5,990.99 |
| 12/21/11 | | Transfer to Acct #*******0474 | Final Posting Transfer | 9999-000 | | 5,990.99 | 0.00 |

Page Subtotals          6,000.23          6,000.23

Ver: 17.01

LFORM24

Page:    4

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-50734  -ABG | |
| Case Name: | FELDKAMP, WILLIAM | |
| | | |
| Taxpayer ID No: | *******0395 | |
| For Period Ending: | 03/20/13 | |

| | | |
|---|---|---|
| Trustee Name: | MIRIAM R. STEIN | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | *******0380  Money Market Account | |
| | | |
| Blanket Bond (per case limit): | $   100,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,000.23 | 6,000.23 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 5,990.99 | |
| | | | Subtotal | | 6,000.23 | 9.24 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,000.23 | 9.24 | |

Page Subtotals                    0.00                    0.00

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-50734  -ABG | | | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | FELDKAMP, WILLIAM | | | Bank Name: | Bank of America, N.A. |
| | | | | Account Number / CD #: | *******0474  Checking Account |
| Taxpayer ID No: | *******0395 | | | | |
| For Period Ending: | 03/20/13 | | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/21/11 | | Transfer from Acct #*******0380 | Transfer In From MMA Account | 9999-000 | 5,990.99 | | 5,990.99 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.86 | 5,983.13 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND PREMIUM | 2300-000 | | 4.84 | 5,978.29 |
| | | 701 POYDRAS STREET | PRO RATA SHARE OF TRUSTEE'S BLANKET | | | | |
| | | SUITE 420 | BOND PREMIUM | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.11 | 5,971.18 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.34 | 5,963.84 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.58 | 5,956.26 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.57 | 5,948.69 |
| 11/13/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 5,948.69 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | 5,990.99 | 5,990.99 | | 0.00 |
| Less:  Bank Transfers/CD's | 5,990.99 | 5,948.69 | | |
| Subtotal | 0.00 | 42.30 | | |
| Less:  Payments to Debtors | | 0.00 | | |
| Net | 0.00 | 42.30 | | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******0514 | 0.00 | 5,948.69 | 0.00 |
| Money Market Account - *******0380 | 6,000.23 | 9.24 | 0.00 |
| Checking Account - *******0474 | 0.00 | 42.30 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.23 | 6,000.23 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          5,990.99          5,990.99

Page: 6

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-50734 -ABG | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | FELDKAMP, WILLIAM | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0474 Checking Account |
| Taxpayer ID No: | *******0395 | | |
| For Period Ending: | 03/20/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*